Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WANDA ELENE-ARP, et al.,

        Plaintiffs,

  v.

FEDERAL HOME FINANCE AGENCY, et al.,

        Defendants.

No. C12-2154 RAJ

ORDER OF DISMISSAL

On May 7, 2013, the Court entered an order granting Defendants' motion to dismiss and allowing Plaintiffs thirty days in which to file an amended complaint. No amended complaint has been filed.

NOW, THEREFORE, this matter is DISMISSED without prejudice based on Plaintiffs' failure to prosecute.

DATED this 22nd day of July, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1